UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RHONDA GARRETT, )<br>)<br>)<br>  Plaintiff, )<br>v. )<br>)<br>THE UNITED STATES )<br>DEPARTMENT OF VETERANS )<br>AFFAIRS, JIM NICHOLSON, )<br>SECRETARY OF THE UNITED )<br>STATES DEPARTMENT OF )<br>VETERANS AFFAIRS, )<br>PATRICK TROY, )<br>)<br>  Defendants. ) | Civil Action No.: 05-cv-1164 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court by way of the motion of Defendants United States Department of Veterans Affairs, Jim Nicholson, Secretary of the United States Department of Veterans Affairs, and Patrick Troy (collectively, "Defendants") to dismiss various portions of the Complaint pursuant Fed. R. Civ. P. 12(b)(6) and 56(c). The Court has considered the submissions in support of and in opposition to this motion. For the reasons set forth in the accompanying Opinion dated September 13, 2006,

**IT IS**, this 13th day of September, 2006, hereby

**ORDERED** that Defendants' motion to dismiss or the alternative for summary judgment [Docket # 8] is GRANTED in part, and DENIED in part.

It is so ordered.

s/ Jose L. Linares
United States District Judge