UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| RHONDA GARRETT, | Civil Action No.: 05-1164 (JLL) |
| Plaintiff(s), | |
| v. | **O R D E R** |
| THE UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, JIM NICHOLSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, PATRICK TROY, , | |
| Defendant(s). | |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this 28th day of FEBRUARY, 2008;**

**ORDERED**, that this action be and hereby is dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the agreement to enforce its terms.

JOSE L. LINARES, U.S.D.J.